KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

NAHLA RAJAN (CSBN 218838)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6838
    FAX: (415) 436-7234
    Email: nahla.rajan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0411 JSW |
|     Plaintiff, ) | |
|     v. ) | [~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION |
| IGNACIO PEREZ-MACIAS, ) aka Ignacio Ramos, ) | (18 U.S.C. § 3161 (h)(8)(A)) |
|     Defendant. ) | |

The parties stipulate and agree, and the Court finds and holds, as follows:

    1. The parties appeared on the instant matter June 9, 2006 for defendant's arraignment on the indictment before the Honorable Judge Maria-Elena James. On June 9, 2006, the matter was continued to June 15, 2006 for initial appearance in front of the Honorable Jeffrey S. White.

    2. On June 15, 2006, the parties appeared in front of the Honorable Jeffrey S. White and the matter was continued to July 20, 2006 for status / trial setting.

    3. On June 15, 2006, Assistant Federal Public Defender Ronald Tyler, who represents the

1  defendant, requested an exclusion of time from June 15, 2006 to July 20, 2006, based on

2  effective preparation of counsel.  The parties moved that this same time period be excluded from

3  the calculation of time under the Speedy Trial Act.

4      3. In light of the foregoing facts, the failure to grant the requested exclusion would

5  unreasonably deny counsel for the defense the reasonable time necessary for effective

6  preparation, taking into account the exercise of due diligence.  <u>See</u> 18 U.S.C. § 3161(h)(8)(A),

7  (B)(iv).  The ends of justice would be served by the Court excluding the proposed time period.

8  These ends outweigh the best interest of the public and the defendant in a speedy trial. <u>See id.</u> §

9  3161(h)(8)(A).

10      4. For the reasons stated, the time period from June 15, 2006 through July 20, 2006 shall

11  be excluded from the calculation of time under the Speedy Trial Act.

12

13      IT IS SO STIPULATED.

14

15  DATED: _____      Respectfully Submitted,

16      KEVIN V. RYAN
    United States Attorney

17

18      ____/S/_____
    NAHLA RAJAN

19      Special Assistant United States Attorney

20

21  DATED: _____      ____/S/_____
    RONALD TYLER
    Counsel for Ignacio Perez-Macias

22

23  PURSUANT TO STIPULATION, IT IS SO ORDERED.

24

25  DATED: June 29, 2006      _____
    HONORABLE JEFFREY S. WHITE

26      United States District Judge

27

28

STIPULATION AND ~~PROPOSED~~ ORDER     2
CR 06-0411 JSW