# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED

SEP 2 2 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs. ) Docket Number: CR 06-0411-01 JSW
)
Ignacio Perez-Macias )
)

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _October 26, 2006_ be continued until _November 30, 2006_ at _2:30 p.m._

Date: SEP 2 2 2006

Jeffrey S. White
United States District Judge

NDC-PSR-009 12/06/04